IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:05-CR-166-BO (1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| CHARLES ROBERT BAREFOOT, JR. | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's *pro se* Motion for Reconsideration [DE 258] of this Court's Order on Defendant's Motion to Suppress [DE 226]. Defendant is currently represented by counsel. Pursuant to the undersigned's judicial preference order, 11-JP-3, the Clerk is DIRECTED to terminate as a pending motion Defendant's *pro se* Motion for Reconsideration [DE 258].

Defendant has also moved this Court to reconsider its ruling [DE 257] on Defendant's motion to represent himself at trial [DE 245]. The instant motion merely repeats the same arguments previously made to the Court, and the Court finds no basis upon which to rescind its earlier ruling denying Defendant's request to represent himself at trial. Accordingly, Defendant's Motion for Reconsideration [DE 257] is DENIED.

SO ORDERED, this 23 day of April, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE